**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANTONIO GOMEZ

v.                                                            CASE NO: 8:05-CV-1317-T-30MSS

CUTRALE CITRUS JUICES USA, INC.
_____/

## ORDER OF REFERRAL

**THIS COURT** has for its consideration the (Motion) Application to Proceed Without Prepayment of Fees and Affidavit (Dkt. #2). The Court hereby refers the Motion to Magistrate Judge Mary Scriven for disposition of same. The Court requests that the Magistrate Judge dispose of the Motion(s) as expeditiously as possible.

**DONE** and **ORDERED** in Tampa, Florida on September 20, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Magistrate Judge Mary Scriven
Counsel/Parties of Record

F:\Docs\2005\05-cv-1317.referral Mag.wpd