**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ANTONIO GOMEZ,**

    **Plaintiff,**

**v.**    Case No.  8:05-cv-1317-T-30MSS

**CUTRALE CITRUS JUICES, USA, INC.,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*.  A review of the file indicates that pro se Plaintiff has filed "Personal Declarations" (Dkts. 7, 9) in this cause.  However, these documents do not comply with Federal Rule of Civil Procedure 7(b).  Therefore, the Clerk is directed to **STRIKE** these documents (Dkts. 7, 9) from the record.  Plaintiff is advised to review and comply with the Federal Rules of Civil Procedure prior to filing any future documents.

**DONE** and **ORDERED** in Tampa, Florida on January 4, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-1317.strike.frm